IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03326-GPG

STEVEN McCARY,

    Applicant,

v.

WARDEN JOHNSON, D.R.D.C.,
WARDEN LYNN, Ordway, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

ORDER OF DISMISSAL

    Applicant, Steven McCary, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. McCary initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1).  On January 6, 2015, Mr. McCary filed an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 7) that appears to be identical to the original application.  Mr. McCary's claims relate to the conditions of his confinement.  He does not assert any claims that challenge either the validity or the execution of his conviction or sentence.

    On January 7, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. McCary to file a second amended application.  Magistrate Judge Gallagher noted that Mr. McCary cannot raise conditions of confinement claims in a habeas corpus action and that Mr. McCary has initiated a separate civil rights action raising similar claims

challenging the conditions of his confinement. See 14-cv-03039-GPG (D. Colo. filed Nov. 10, 2014). Magistrate Judge Gallagher advised Mr. McCary to raise his conditions of confinement claims in case number 14-cv-03039-GPG and to file a second amended application in this action that clarifies the habeas corpus claims he is asserting if he wishes to pursue any habeas corpus claims. Mr. McCary was warned that the instant action would be dismissed without further notice if he failed to file a second amended application that provides a clear statement of the habeas corpus claims he is asserting. On February 6, 2015, Magistrate Judge Gallagher entered a minute order granting Mr. McCary an extension of time until March 6, 2015, to file a second amended application. Mr. McCary was reminded that the instant action would be dismissed if he failed to file a second amended application within the time allowed.

Mr. McCary has not filed a second amended application within the time allowed and he has not communicated with the Court in this action in any way since being granted an extension of time on February 6. Therefore, the action will be dismissed without prejudice for failure to prosecute and file a second amended application as directed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the habeas corpus application (ECF No. 1) and the amended application (ECF No. 7) are denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. McCary failed to prosecute and file a second amended application as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   12th   day of     March     , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court