**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03326-LTB

STEVEN McCARY,

      Applicant,

v.

WARDEN JOHNSON, D.R.D.C.,
WARDEN LYNN, Ordway, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's "Motion of Stay of Proceedings" (ECF No. 14), in which Applicant seeks a stay in order to exhaust state court remedies, is DENIED as moot because the instant action was dismissed by order filed on March 12, 2015.

Dated:  March 16, 2015